MERITA MUCA *v.* SYLVIONES GEFFRARD ET AL.
(AC 25655)

McLachlan, Harper and West, Js.

Argued February 14—officially released March 8, 2005

Per Curiam. The judgment is affirmed.